UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES M. DIDIER,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-CV-2127 JCM (CWH)<br><br>ORDER |

Presently before the court is Magistrate Judge Hoffman's report and recommendation (ECF No. 10) that plaintiff James Didier's ("plaintiff") motion to proceed in forma pauperis be granted (ECF No. 5). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

No party has objected to the report and recommendation. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings. Accordingly, the court will grant plaintiff's motion to proceed in forma pauperis and dismiss plaintiff's complaint with leave to amend for failure to articulate the court's jurisdictional grounds.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's report and recommendation (ECF No. 10) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 5) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff's complaint (ECF Nos. 1, 11) be, and the same hereby is, DISMISSED without prejudice consistent with the foregoing.

IT IS FURTHER ORDERED that plaintiff shall have 30 days from the entry of this order to file an amended complaint with the court.

DATED April 2, 2018.

_____
UNITED STATES DISTRICT JUDGE