UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES M. DIDIER, | Case No. 2:16-CV-2127 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Didier v. Nationstar Mortgage LLC*, case no. 2:16-cv-02127-JCM-CWH.

On April 2, 2018, the court adopted Magistrate Judge Hoffman's report and recommendation (ECF No. 10) granting plaintiff's motion to proceed in forma pauperis and denying without prejudice plaintiff's complaint for failure to articulate the court's jurisdictional grounds. (ECF No. 13). The court granted plaintiff leave to file an amended complaint within 30 days of the date of that order. *Id.*

Plaintiff has not filed an amended complaint, and the deadline to do so has since passed. Accordingly, the court will dismiss the case for failure to prosecute.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against defendant Nationstar Mortgage LLC, et al. be, and the same hereby are, DISMISSED WITH PREJUDICE.

. . .

. . .

. . .

James C. Mahan
U.S. District Judge

The clerk shall enter judgment accordingly and close the case.

DATED May 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge